IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FEDERAL ELECTION COMMISSION,

     Plaintiff,

v.                                                                            CASE NO. 1:04-cv-00079-MP-AK

WILLIAM D CHAPMAN, SR,
LEE DILWORTH,
GERALD M MOAN,
REFORM PARTY 2000 CONVENTION COMMITTEE,
REFORM PARTY OF THE UNITED STATES OF AMERICA,

     Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 62, Attorney Bruce Wick's Amended Motion to

Withdraw as Attorney for Reform Party of the United States of America ("Reform Party") and

Lee Dilworth.  The Court previously granted Mr. Wick's Motion as to Reform Party and set a

hearing for his withdrawal as attorney for Lee Dilworth, Doc. 69.  Subsequently, Mr. Dilworth

filed a Notice with the Court, Doc. 70, accepting Mr. Wick's withdrawal from this case.  In that

Notice, Mr. Dilworth also requested permission to be represented by Shawn O'Hara, the Reform

Party National Chairman, as "next friend."  Mr. O'Hara does not appear to be an attorney at law

and is not admitted to the bar of this Court.

Following the withdrawal of Mr. Wick from representation of the Reform Party, attorney

Jackson Maynard filed a Notice of Appearance, Doc. 67, on behalf of the Reform Party by

himself and D. Andrew Byrne.  Both Mr. Maynard and Mr. Byrne are attorneys admitted to

practice in the Northern District of Florida.  Subsequent to Mr. Dilworth's Notice accepting Mr.

Wick's withdrawal, Mr. O'Hara filed five pleadings simultaneously with the Court.  Mr. O'Hara

submitted a Notice of Appearance on behalf of Reform Party and Mr. Dilworth, Doc. 75, a

Motion to Strike All of Jackson Maynard's Filings, Doc. 71, a Motion for Recusal, Doc. 72, a

Motion to Dismiss, Doc. 73, and a Motion to Strike All of Attorney Wick's Filings After April

22, 2005, Doc. 74.

Finally, Mr. Wick filed a letter with this Court, Doc. 77, which the undersigned has

interpreted as a Supplement to his Amended Motion to Withdraw, Doc. 62, a Response to the

Motion to Strike, Doc. 74, and a Withdrawal of an earlier Notice of Resignation from the bar of

this Court, Doc. 66.

**ORDERED AND ADJUDGED:**

1.  The Court accepts Mr. Dilworth's release of Attorney Bruce Wick, Doc. 70. Mr. Wick's withdrawal, Doc. 62, is now fully GRANTED. The motion hearing scheduled for this matter on Thursday, June 23, 2005, is cancelled.

2.  Mr. Dilworth's request, Doc. 62, to be represented by Shawn O'Hara, a non-lawyer, is DENIED. Mr. Dilworth may be represented by an attorney at law admitted to the bar of this Court or may choose to represent himself. Mr. Dilworth shall inform this Court of his choice of attorney or self representation on or before Monday, June 20, 2005. If Mr. Dilworth is not represented by an attorney by that date, this Court will assume Mr. Dilworth is representing himself.

3.  All deadlines are held in abeyance until Monday, June 20, 2005 or until Mr. Dilworth provides notice to the Court of his representation, whichever is earlier. At such point, the Court will reset proper deadlines.

4.  Shawn O'Hara's Notice of Appearance on behalf of the Reform Party of the United States and Lee Dilworth, Doc. 75, is ineffectual and DENIED. An organization may not represent itself. The Reform Party of the United States of America must be represented by an attorney at law admitted to the bar of this Court. Attorneys Jackson Maynard and D. Andrew Byrne are both members of this Court's bar and have filed a Notice of Appearance, Doc. 67, on behalf of the Reform Party of the United States of America. That Notice is ACCEPTED.

5.      Docket entries 71 through 74 were filed and signed by Shawn O'Hara.  Mr. O'Hara
        is not an attorney or a party to this lawsuit.  Therefore, those pleadings do not
        meet the minimum requirement of Rule 11 of the Federal Rules of Civil
        Procedure that all pleadings must be signed by a party or an attorney.
        Accordingly, the Court STRIKES docket entries 71, 72, 73, and 74.

6.      Mr. Wick's Motion to Withdraw Resignation from the bar of this Court, Doc. 77
        is GRANTED.  Docket entry 66, is TERMINATED.

**DONE AND ORDERED** this ___*19th*___ day of May, 2005.


                    *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge