IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FEDERAL ELECTION COMMISSION,

    Plaintiff,

v.                                    CASE NO. 1:04-cv-00079-MP-AK

REFORM PARTY OF THE
UNITED STATES OF AMERICA, et al.,

    Defendants.
_____/

**O R D E R**

This matter is before the Court on Doc. 133, Motion for Reconsideration filed by Barbara Dale Washer.  In her motion, the movant requests that this Court reconsider its previous order (Doc 132) denying as moot movant's motion to intervene (Doc. 130).  After considering the matter, the motion is DENIED.

**DONE AND ORDERED** this  *23rd* day of December, 2005

                          *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge