IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FEDERAL ELECTION COMMITTEE,

    Plaintiff,

v.                                          CASE NO. 1:04-cv-00079-MP-AK

WILLIAM D. CHAPMAN, Sr.,
LEE DILWORTH,
BEVERLY KENNEDY,
GERALD M. MOAN,
REFORM PARTY 2000 CONVENTION COMMITTEE,
REFORM PARTY OF THE UNITED STATES OF AMERICA,

    Defendants.
_____/

**O R D E R**

This matter is before the Court on Doc. 218, Request for Relief, filed by non-party Rodney Martin. In the request, Mr. Martin states that Defendant Reform Party is attempting to retain counsel to appear before the Court for a determination of counsel hearing. Previously, the Court issued an injunction preventing the Reform Party "from diverting any of its assets to any other expenditures other than payment of federal taxes until it completes its repayment obligation." Doc. 127. Because of this injunction, Mr. Martin claims that no attorney will represent the Reform Party, since the Reform Party has no means to pay for the representation. Mr. Martin requests that the injunction be lifted so that the Reform Party can retain counsel. In order to determine whether the Court's judgment should be amended, the Court believes that a response from the Federal Election Committee is necessary. Therefore, Plaintiff Federal Election Committee is directed to file a response to Mr. Martin's Request for Relief, Doc. 218, as to the issue of the modification of the previously ordered injunction.

**DONE AND ORDERED** this   *25th* day of October, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge
